UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
Telephone: (914) 328-0404
Facsimile: (914) 328-1882
Attorneys of Record for Defendants
Anthony J. DiOrio (AD 3972)

------------------------------------------------------------x

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE 1199 SEIU GREATER NEW YORK BENEFIT FUND and BOARD OF THE 1199 SEIU GREATER NEW YORK EDUCATION FUND COOPERATION and CHARITABLE TRUST FUNDS,** : : : : : | Case No.: 07-CV-3594 (CM) |
| Plaintiffs, : : | ENTRY OF APPEARANCE |
| -against- : **CENTRAL NEW JERSEY JEWISH HOME FOR THE AGED** : : : | |
| Defendant. : | |

------------------------------------------------------------x

TO CLERK OF THE COURT:

      Please enter the appearance of Anthony J. DiOrio on behalf of Defendant in this action.

**Anthony J. DiOrio (AD 3972)**
Jackson Lewis LLP
One North Broadway, Suite 1502
White Plains, New York 10601
Tel: (914) 328-0404    Fax: (914) 328-0541
Email: diorioa@jacksonlewis.com

Respectfully submitted,

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York  10601
(914) 328-0404

By: _____
Anthony J. DiOrio (AD 3972)

ATTORNEYS FOR DEFENDANT

Dated:   June 5, 2007
         White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
Telephone: (914) 328-0404
Facsimile: (914) 328-1882
Attorneys of Record for Defendants
Anthony J. DiOrio (AD 3972)

------------------------------------------------------------x

| | |
|---|---|
| BOARD OF TRUSTEES OF THE 1199 SEIU GREATER NEW YORK BENEFIT FUND and BOARD OF THE 1199 SEIU GREATER NEW YORK EDUCATION FUND COOPERATION and CHARITABLE TRUST FUNDS, | Case No.: 07-CV-3594 (CM) |
| Plaintiffs, | |
| -against- | |
| CENTRAL NEW JERSEY JEWISH HOME FOR THE AGED | |
| Defendant. | |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant's Entry of Appearance has been filed electronically and that it is available for viewing and downloading from the ECF system, this 5th day of June, 2007.

_____
Anthony J. DiOrio