**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
Telephone: (914) 328-0404
Facsimile: (914) 328-1882
Attorneys of Record for Defendants
Anthony J. DiOrio (AD 3972)

------------------------------------------------------------------x

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE 1199 SEIU GREATER NEW YORK BENEFIT FUND and BOARD OF THE 1199 SEIU GREATER NEW YORK EDUCATION FUND COOPERATION and CHARITABLE TRUST FUNDS,** | Case No.: 07-CV-3594 (CM) |
| **Plaintiffs,** | **RULE 7.1 STATEMENT** |
| -against- | |
| **CENTRAL NEW JERSEY JEWISH HOME FOR THE AGED** | |
| **Defendant.** | |

------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant *The Jewish Home and Healthcare Center, Inc.* (formerly known as and sued herein as "Central New Jersey Jewish Home for the Aged") is a nongovernmental Not-For-Profit Corporation, organized under the laws of the State of New Jersey, and is a wholly-owned subsidiary of *The Oscar and Ella Wilf Campus for Senior Living, Inc.*, also a New Jersey Not-For-Profit Corporation. No part of Defendant is owned by any publicly held corporation.

          Respectfully submitted,

          JACKSON LEWIS LLP
          One North Broadway, Suite 1502
          White Plains, New York 10601
          Telephone: (914) 328-0404

By: _____
          Anthony J. DiOrio (AD 3972)

Dated:  June 5, 2007
         White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BOARD OF TRUSTEES OF THE 1199 SEIU            :
GREATER NEW YORK BENEFIT FUND and             :
BOARD OF THE 1199 SEIU GREATER NEW            :
YORK EDUCATION FUND COOPERATION               :    Case No.:
and CHARITABLE TRUST FUNDS,                   :    07-CV-3594 (CM)
                                              :
                        Plaintiffs,           :    CERTIFICATE
                                              :    OF SERVICE
            -against-                         :
CENTRAL NEW JERSEY JEWISH HOME FOR            :
THE AGED                                      :
                                              :
                        Defendant.            :
-----------------------------------------------------------------x

The undersigned hereby certifies that Defendant's Rule 7.1 Statement has been filed electronically and that it is available for viewing and downloading from the ECF system, this 5th day of June, 2007.

_____
Anthony J. DiOrio