USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Board of Trustees of the 1199 SEIU Greater
New York Benefit Fund,

                        Plaintiff(s),          07 Civ. 3594 (CM) (GWG)

-against-                           ORDER OF REFERENCE
                                                TO A MAGISTRATE JUDGE

Central New Jersey Jewish Home for the Aged,

                        Defendant(s).

---------------------------------------------------------------X

The above entitled action is referred to the Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the following purpose(s):

__✓__ General Pretrial (includes ~~scheduling~~, discovery, non-dispositive pretrial motions, and settlement

_____ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction
Purpose:_____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion: _____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 7/__/07
New York, New York

                                    SO ORDERED _/s/_____

                                    Hon. Colleen McMahon
                                    United States District Judge