UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

Board of Trustees of the 1199 SEIU Greater
New York Benefit Fund,

                        Plaintiff(s),          07 Civ. 3594 (CM) (GWG)

    -against-                             ORDER OF REFERENCE
                                                TO A MAGISTRATE JUDGE

Central New Jersey Jewish Home for the Aged,

                        Defendant(s).

———————————————————————X

The above entitled action is referred to the Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ✓ General Pretrial (includes ~~scheduling~~, discovery, non-dispositive pretrial motions, and settlement | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ Inquest After Default/Damages Hearing | |
| | Particular Motion: _____ |
| | All such motions: _____ |

\* Do not check if already assigned for general pretrial.

Dated:  7/__/07
        New York, New York

                                          SO ORDERED

                                          Hon. Colleen McMahon
                                          United States District Judge