UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BOARD OF TRUSTEES OF THE 1199 SEIU :
AND GREATER NEW YORK BENEFIT FUND
                                                 :    ORDER
            Plaintiff,                   07 Civ. 3594(CM) (GWG)
                                               :
   -v.-
                                               :
CENTRAL NEW JERSEY JEWISH HOME
FOR THE AGED,                      :

           Defendant.             :
----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      1. The above-referenced action has been referred to this Court for certain pre-trial purposes.

      2. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at:
http://www1.nysd.uscourts.gov/judge_info.php?id=67

      3. Discovery motions -- that is, any application pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

      4. Any application for an extension of the time limitations with respect to any deadlines in this matter must be made to Judge McMahon.

      5. The parties are required to make affirmative attempts to settle this matter through discussions among counsel. If the parties are unable to settle the case by such means, they are required to use mediation to assist them in achieving settlement. Such mediation may be conducted by an outside mediator paid for by the parties, a trained mediator participating in the Southern District of New York's mediation program, or the undersigned. Within 10 days of the date of this Order, the parties are directed to contact each other in an attempt to reach agreement as to (a) which form of mediation will be employed and (b) approximately when the mediation should take place. Plaintiff shall write a letter to the undersigned within 30 days of the date of this Order to report on the outcome of these discussions. If opposing counsel believes the letter does not accurately reflect those discussions, counsel may promptly submit a letter in response.

      6. If a recipient of this Order is aware of any attorneys or parties who should receive notice of Court action in this case other than any attorneys or parties currently listed on the ECF system (or listed below, if applicable), please notify Deputy Clerk Sylvia Gonzalez at (212) 805-4260 immediately.

      SO ORDERED.

Dated: July 12, 2007
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge