UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Board of Trustees of the 1199 SEIU Greater
New York Benefit Fund, et al,

                  Plaintiff(s),                  07 Civ. 3594 (CM) (GWG)

       -against-                     **ORDER**

Central New Jersey Jewish Home
for the Aged,

                  Defendant(s),

------------------------------------------------------------x

        It having been reported to this Court that the above entitled action has been settled,

        IT IS ORDERED that the action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within 30 days of the date of this order, either party may apply by letter for restoration of the action to the calendar of the undersigned. Any such application must be made before the 30 days have expired, or it will be denied. Any such application timely made will be granted.

                                                                             *[signature]*

                                                                    **Colleen McMahon, U.S.D.J.**

Dated: New York, New York
       February 7, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08